IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:21-00040 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| JASON SULIAMAN STOKES | ) | |

# INDICTMENT

THE GRAND JURY CHARGES:

Between on or about June 30, 2020, and on or about July 17, 2020, in the Middle District of Tennessee, **JASON SULIAMAN STOKES** knowingly and willfully did transmit in interstate commerce communications to Person 1, and the communications involved threats to injure or kill the person of another: to wit, individuals living in the government subsidized housing project known as Summit Heights, located in Clarksville, Tennessee; individuals present at the Fort Campbell Postal Exchange, located in Clarksville, Tennessee; and individuals present at the Clarksville Police Department, located in Clarksville, Tennessee.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

MARY JANE STEWART
ACTING UNITED STATES ATTORNEY

KATHRYN RISINGER
ASSISTANT UNITED STATES ATTORNEY