UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:21-cr-00040 |
| | ) | |
| | ) | JUDGE CAMPBELL |
| JASON STOKES | ) | |

## STATUS REPORT

COMES NOW the United States of America, by and through Mark H. Wildasin, Acting United States Attorney, and the undersigned Assistant United States Attorney, Joshua A. Kurtzman, and provides the following status as previously ordered by the Court in Docket entry #35.

On November 8, 2021, the Psychology Secretary for the United States Medical Center for Federal Prisoners contacted counsel for the Defendant and the United States. The Psychology Secretary informed counsel that "Jason Stokes (3:21-cr-00040) arrived at our facility 11-4-2021, to begin his 4241(d) study. Dr. Ashley Christiansen has been assigned to conduct Mr. Stokes' competency restoration treatment." The Psychology Secretary also provided contact information for Dr. Christiansen should counsel require it to reach out regarding the status of the evaluation.

Respectfully submitted,

MARK H. WILDASIN
Acting United States Attorney

By:     *s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant U. S. Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System, on November 8, 2021.

                                                      *s/ Joshua A. Kurtzman*
                                            JOSHUA A. KURTZMAN
                                            Assistant United States Attorney