IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:21-cr-00040 |
| | ) | |
| JASON SULIAMAN STOKES | ) | JUDGE CAMPBELL |

## ORDER

Pending before the Court is the Government's Motion to Continue Competency Hearing (Doc. No. 44) which the Defendant does not oppose. The motion is GRANTED, and the hearing scheduled for June 22, 2022, is CONTINUED to July 21, 2022, at 1:30 p.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE