IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:21-cr-00040 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| JASON SULIAMAN STOKES | ) | |

## ORDER

On May 21, 2021, the Court held a competency hearing pursuant to 18 U.S.C. §§ 4241 and 4247 and found that Defendant Jason Suliaman Stokes was then suffering from a mental disease or defect rendering him mentally incompetent to the extent that he was unable to understand the nature and consequence of the proceedings against him or to assist properly in his defense. Pursuant to 18 U.S.C. § 4241(d), Defendant was committed to the custody of the Attorney General for hospitalization for treatment in a suitable facility to determine whether there was a substantial probability that in the foreseeable future he would attain the capacity to permit this case to proceed.

Defendant was transported to the Federal Medical Center in Springfield, Missouri, for treatment and evaluation. Following treatment and evaluation, on March 10, 2022, the Complex Warden issued a Certificate of Restoration of Competency to Stand Trial. (*See* Doc. No. 40, filed on April 26, 2022). The Warden also filed the Forensic Evaluation, which was completed by Emma K. Welch, Ph.D., and Ashley K. Christiansen, Ph.D., on February 28, 2022. (*Id*.). Dr. Welch and Dr. Christiansen opined that Defendant is competent to proceed in his case. (*Id*.). They noted that although Defendant is diagnosed with schizophrenia, the illness is currently treated with medication and is in remission.

On July 21, 2022, the Court held a competency hearing under 18 U.S.C. §§ 4141(e) and 4247(d). Defendant was present at the hearing with his attorney, Dumaka Shabazz. Defendant

and the Government did not object to the finding of competency in the Certificate of Restoration of Competency. Defendant stated that he has continued treatment with the psychiatric medication prescribed by his doctors and would continue to do so. Having considered the Forensic Evaluation by Drs. Welch and Christiansen, as well as evidence that Defendant has maintained the course of medication treatment prescribed by his doctors, the Court found by a preponderance of the evidence that as of February 28, 2022, the date of the Forensic Evaluation, Defendant Jason Suliaman Stokes has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

On July 12, 2022, Defendant notified the Court of his intent to change his plea in this case and requested the Court set a plea hearing on the same date as the competency hearing. (Doc. No. 46). The Court granted the motion to set a plea hearing. (Doc. No. 47). After finding Defendant competent to proceed with the case, the Court proceeded to consider Defendant's petition to enter a plea of guilty. An Order accepting the plea petition is entered separately.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE