UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00040 |
| | ) | JUDGE CAMPBELL |
| JASON STOKES | ) | |

## POSITION STATEMENT OF MR. STOKES REGARDING THE PRESENTENCE REPORT

Jason Stokes, through undersigned counsel, and pursuant to Fed. R. Crim. P. 32 and LCrR32.01, hereby notifies this Honorable Court that he has reviewed the Presentence Investigation Report (PSR) with counsel. Mr. Stokes has no objections to the advisory guideline calculations or to the factual information contained in the PSR.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

Attorney for Jason Stokes

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, I electronically filed the foregoing *Position Statement of Mr. Stokes Regarding the Presentence Report* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee 37203-3870.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ